IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| PETITION OF MICHAEL R. | § | No. 426, 2014 |
| DUNBAR FOR A WRIT OF | § | |
| HABEAS CORPUS | § | |

Submitted: August 27, 2014
Decided: September 5, 2014

Before **HOLLAND, RIDGELY,** and **VALIHURA,** Justices.

## ORDER

This 5th day of September 2014, it appears to the Court that:

(1)     On August 8, 2014, the petitioner, Michael R. Dunbar, filed a petition for a writ of habeas corpus. On that same date, the Senior Court Clerk issued a notice directing Dunbar to show cause why his petition should not be dismissed for this Court's lack of original jurisdiction to issue a writ of habeas corpus. Dunbar filed a motion for appointment of counsel on August 13, 2014.

(2)     In his response to the notice to show cause, Dunbar does not address this Court's lack of jurisdiction to issue a writ of habeas corpus. This Court has no original jurisdiction to issue a writ of habeas corpus.[1] Dunbar's petition for a writ of habeas corpus must, therefore, be dismissed.

(3)     Dismissal of the petition for a writ of habeas corpus renders Dunbar's motion for appointment of counsel moot.

---

[1] *In re Cantrell*, 678 A.2d 525, 526 (Del. 1996).

NOW, THEREFORE, IT IS ORDERED that that the petition for a writ of habeas corpus is DISMISSED and the motion for appointment of counsel is DISMISSED as moot.

BY THE COURT:

_____
Justice